946

No. 00–8118. PHILLIPS v. GARRETT ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–8120. BAKER v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–8121. BROWN v. MITCHEM. C. A. 11th Cir. Certiorari denied.

No. 00–8125. PALADIN v. ROE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–8133. HOLDER v. OHIO. Ct. App. Ohio, Warren County. Certiorari denied.

No. 00–8140. CASEY v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 00–8141. EDWARDS v. BELL. C. A. 6th Cir. Certiorari denied.

No. 00–8147. HAMILTON v. HONSTED, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–8149. HENNIGAN v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 00–8150. HELWIG v. RAYCROFT ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–8152. GONCALVES v. RYDER, SUPERINTENDENT, MONROE CORRECTIONAL COMPLEX. C. A. 9th Cir. Certiorari denied.

No. 00–8153. HARRIS v. NEELY. C. A. 5th Cir. Certiorari denied.

No. 00–8154. FARRIS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–8156. HINOJOSA v. WACHOVIA BANK OF GEORGIA. C. A. 11th Cir. Certiorari denied.

No. 00–8161. SANTOS v. ADIRONDACK CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.